1  Mohammad B. Shihabi (SBN 337819)
   mshihabi@fordharrison.com
2  Hilda Aguilar (SBN 276459)
   haguilar@fordharrison.com
3  Julie Bachert (SBN 328752)
   jbachert@fordharrison.com
4  FORD & HARRISON LLP
   350 South Grand Avenue, Suite 2300
5  Los Angeles, CA  90071
   Telephone: (213) 237-2400
6  Facsimile:  (213) 237-2401

7  Attorneys for Defendant
   WAL-MART ASSOCIATES, INC.
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NENITA JULIAN, an individual, | CASE NO. 8:24-cv-01878-JWH-AGR |
| Plaintiff, | *[Assigned to Hon. John W. Holcomb, Courtroom 9D]* |
| v. | **NOTICE OF SETTLEMENT** |
| WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Date Filed:  July 18, 2024<br>Trial Date:   TBD |

Pursuant to L.R. 40-2, Defendant WAL-MART ASSOCIATES, INC. is pleased to report that the Parties have reached a settlement in the above-captioned case.  When the terms of the Parties' agreement are complete, the Parties will file a request for dismissal with prejudice.  Defendant anticipates that the Parties will be filing a request for dismissal with prejudice within thirty (30) days or sooner.

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: February 21, 2025 | Respectfully submitted, |
| 2 | | FORD & HARRISON LLP |

By: */s/ Mohammad B. Shihabi*
MOHAMMAD B. SHIHABI
HILDA AGUILAR
JULIE BACHERT
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# CERTIFICATE OF SERVICE

I, Derek Cruz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On **February 21, 2025**, I served a copy of the within document(s):

## NOTICE OF SETTLEMENT

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed above. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| David Angeloff<br>Cindy Hickox<br>Guillermo Barrantes<br>STALWART LAW GROUP<br>8752 Holloway Drive<br>West Hollywood, CA 90069<br>Telephone: (310) 954-2000<br>*david@stlalwartlaw.com*<br>*cindy@stalwartlaw.com*<br>*guillermo@stalwartlaw.com*<br>Josh Montoya – josh@stalwartlaw.com | Attorneys for Plaintiff,<br>NENITA JULIAN |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 21, 2025**, at Los Angeles, California.

_____
Derek Cruz