Mohammad B. Shihabi (SBN 337819)
mshihabi@fordharrison.com
Hilda Aguilar (SBN 276459)
haguilar@fordharrison.com
Julie Bachert (SBN 328752)
jbachert@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

David Angeloff (SBN 272929)
david@stalwartlaw.com
Cindy Hickox (SBN 323016)
cindy@stalwartlaw.com
Guillermo Barrantes (SBN 340936)
guillermo@stalwartlaw.com
STALWART LAW GROUP
8752 Holloway Drive
West Hollywood, CA 90069
Telephone: (310) 954-2000

Attorneys for Plaintiff
NENITA JULIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NENITA JULIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-01878-JWH-AGR<br>*[Assigned to Hon. John W. Holcomb, Courtroom 9D]*<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Date Filed: July 18, 2024<br>Trial Date: TBD |

Plaintiff NENITA JULIAN ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant") (Plaintiff and Defendant, each a "Party," and together, the "Parties"), and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all Parties, with each Party to bear its own attorney's fees and costs.

Dated: March 18, 2025

Respectfully submitted,
FORD & HARRISON LLP

By: */s/ Mohammad B. Shihabi*
MOHAMMAD B. SHIHABI
HILDA AGUILAR
JULIE BACHERT
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

Dated: March 18, 2025

Respectfully submitted,
STALWART LAW GROUP

By: */s/ Cindy Hickox*
DAVID ANGELOFF
CINDY HICKOX
GUILLERMO BARRANTES
Attorneys for Plaintiff
NENITA JULIAN

## ATTESTATION CLAUSE

I, Mohammad B. Shihabi, and the ECF user whose ID and password are being used to file this Joint Stipulation of Dismissal with Prejudice, in compliance with Civil Local Rule 5-4.3.4 (a)(2)(i), hereby attest that Attorney for Plaintiff, Cindy Hickox, concurred with this filing.

DATED: March 18, 2025    FORD & HARRISON LLP

By: /s/ *Mohammad B. Shihabi*
    MOHAMMAD B. SHIHABI

# CERTIFICATE OF SERVICE

I, Derek Cruz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On **March 18, 2025**, I served a copy of the within document(s):

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed above. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

David Angeloff  
Cindy Hickox  
Guillermo Barrantes  
STALWART LAW GROUP  
8752 Holloway Drive  
West Hollywood, CA 90069  
Telephone: (310) 954-2000  
*david@stlalwartlaw.com*  
*cindy@stalwartlaw.com*  
*guillermo@stalwartlaw.com*  
Josh Montoya – josh@stalwartlaw.com

Attorneys for Plaintiff,  
NENITA JULIAN

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 18, 2025**, at Los Angeles, California.

_____  
Derek Cruz